**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Richard Steven RIESS, Defendant– Appellant.**

**No. 09–10070.**

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Filed April 20, 2010.

Raymond K. Woo, Esquire, Assistant U.S., Randall M. Howe, Esquire, Assistant U.S., USPX–Office of The U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Richard Steven Riess, DJ–Durango Jail, Phoenix, AZ, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Richard Steven Riess appeals from his jury-trial conviction and 24–month sentence for perjury, in violation of 18 U.S.C. § 1621 and falsely representing himself to be a citizen of the United States, in violation of 18 U.S.C. § 911.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Riess' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Appellant has filed a pro se supplemental brief, but no answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.